## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PENNACO ENERGY, INC., MARATHON OIL COMPANY, and DEVON ENERGY CORPORATION,<br><br>    Petitioners,<br><br>STATE OF WYOMING, YATES PETROLEUM CORPORATION, ANADARKO PETROLEUM COMPANY, NANCE PETROLEUM CORPORATION, WILLIAMS PRODUCTION RMT COMPANY, CARLTON DEWEY, MIKE COULTER, JESS ANDERSON, JOANN TWEEDY, and CHARLES TWEEDY,<br><br>    Intervenor Petitioners,<br><br>    vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ROBERT ROBERTS, in his official capacity as REGIONAL ADMINISTRATOR, REGION 8, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Respondents,<br><br>STATE OF MONTANA, TONGUE RIVER WATER USERS' ASSOCIATION, POWDER RIVER BASIN RESOURCE COUNCIL,<br><br>    Intervenor Respondents. | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF WYOMING<br><br>OCT 13 2009<br><br>Stephan Harris, Clerk<br>Cheyenne<br><br><br>Case No. 06-CV-100-B<br>*Consolidated with*<br>06-CV-228-B<br>06-CV-229-B<br>06-CV-235-B |

## JUDGMENT

This matter came before the Court for an administrative review hearing. The Court entered an order finding that the matter should be remanded to the EPA. NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1) The Court **VACATES** the EPA's approval of Montana's 2003 and 2006 water quality standards.

2) The Court **REMANDS** this matter to the EPA to:

   a) Consider the entire 2003 administrative record;

   b) Determine whether the 2003 numeric standards are based on appropriate technical and scientific data; and

   c) Make plain its course of inquiry, analysis and reasoning for its action as to the 2003 and 2006 standards, including whether appropriate scientific data supports the actual numeric values adopted by the State of Montana; and

   d) Clarify that the EPA is not approving classification of the Powder River and Little Powder River as Tier II.

Dated this 9th day of October, 2009.

_Clarence A. Brimmer_
UNITED STATES DISTRICT JUDGE